**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KEANDREA PUGH and
CHIQUITA DAUGHTERY**                                                                              **PLAINTIFFS**

v.                                                                              No. 3:25-cv-00212-MPM-JMV

**JAWASKI R. HOWARD, UNITED
STATES POSTAL SERVICE, and
UNITED STATES OF AMERICA**                                                       **DEFENDANTS**

<u>**ORDER
SUBSTITUTING PARTY DEFENDANT AND AMENDING CAPTION**</u>

 This matter comes before the Court upon the Notice of Substitution [9] filed by the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 and 28 U.S.C. § 2670(d)(1). The Notice requests the substitution of the United Stated of America as the sole Defendant in this action in place of Jawaski R. Howard and the United States Postal Service.

 Plaintiffs Keandrea Pugh and Chiquita Daughtery filed this action against Jawaski R. Howard, the United States Postal Service and the United States of America for alleged injuries that occurred on August 2, 2023. On October 20, 2025, a notice of voluntary dismissal [8] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) was filed stipulating the dismissal of this case with prejudice as to Keandrea Pugh. Additionally, on November 19, 2025, a notice of substitution [9] was filed on behalf of the United States of America pursuant to 28 U.S.C. § 2679(d)(1).

 ACCORDINGLY, the Court finds that Jawaski R. Howard and the United States Postal Service are not a proper party defendants in this matter and must be substituted by the United States of America as the sole defendant. The Court, on its own motion, further finds that the caption must be amended to remove the terminated Plaintiff, Ms. Pugh, to reflect her dismissal from the case.

IT IS, THEREFORE, ORDERED:

1. That the United Stated of America is substituted as the sole defendant in this action in place of Jawaski R. Howard and the United States Postal Service.

2. That the caption of this case is amended to reflect the substitution of the United States of America as the sole defendant and the stipulated dismissal as to Keandrea Pugh. The amended caption shall read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHIQUITA DAUGHTERY                                               PLAINTIFF

v.                                            No. 3:25-cv-00212-MPM-JMV

UNITED STATES OF AMERICA                              DEFENDANT

SO ORDERED this the 18th day of December, 2025.

                                                                                /s/Michael P. Mills
                                                                                UNITED STATES DISTRICT JUDGE
                                                                                NORTHERN DISTRICT OF MISSISSIPPI